No. 09-11395. Anthony Austine Ukofia, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6918.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 359 Fed. Appx. 682.